IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| B.L., a minor, by and through her next friend and natural parent, LISA LOEWEN, </br></br>     Plaintiff, </br></br>v. </br></br>VIA CHRISTI REGIONAL MEDICAL CENTER, d/b/a ST. FRANCIS CAMPUS; KIMBERLY MOLIK, M.D.; HENRY B. DOERING, M.D., </br></br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br>Case No.: 10-1201-RDR-KGS |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW on this 23rd day of March 2011, the Plaintiffs B. L., a minor, by and through her next friend and natural parent, Lisa Loewen against the Defendants Via Christi Regional Medical Center, d/b/a St. Francis Campus, Dr. Henry B. Doering, and Dr. Kimberly Molik file this Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiffs appear by and through their attorney, Daniel Giroux of Prochaska, Giroux & Howell. Defendant Via Christi Regional Medical Center, d/b/a St. Francis Campus appears by and through its attorney Don D. Gribble, II, Defendant Dr. Henry B. Doering appears by and through his attorney, Randall Elam. Defendant Dr. Kimberly Molik appears by and through her attorney, James Z. Hernandez. There are no other appearances.

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated that all claims asserted by the Plaintiffs are hereby dismissed without prejudice, and further that all parties shall bear their own costs and attorneys' fees.

The parties agree if the case is re-filed in this court, the Plaintiffs will be limited to the discovery already provided by the defendants unless further discovery is ordered by this court.

Respectfully submitted,

_____
Daniel B. Giroux, #19375
Prochaska, Giroux & Howell
7701 E. Kellogg, Suite 415
Wichita, Kansas 67207
Phone: (316) 683-9080
Fax: (316) 683-6508
dgiroux@pgh-law.com
*Attorney for Plaintiff*

/s/ Randall H. Elam
---
Randall H. Elam, #08751
257 N. Broadway, Suite 300
Wichita, Kansas 67202
Phone: (316) 263-4958
Fax: (316) 263-0125
E-mail: aadamson@woodard-law.com
*Attorney for Defendant Henry B. Doering, M.D.*

Case 6:10-cv-01201-RDR-KGS   Document 57   Filed 03/23/11   Page 4 of 5

*Tracie R. England #20297 for*
Don D. Gribble, II, #12163
Hite, Fanning & Honeyman, L.L.P.
100 N. Broadway, Suite 950
Wichita, Kansas 67202
Phone: (316) 265-7741
Fax: (316) 267-7803
gribble@hitefanning.com
*Attorney for Via Christi Regional Medical Center*
*d/b/a St. Francis Campus*

*/s/ James Z. Hernandez*
James Z. Hernandez, #06377
Deborah K. Mitchell
Woodard, Hernandez, Roth & Day, LLC
257 N. Broadway, Suite 300
Wichita, Kansas 67202
Phone: (316) 263-4958
Fax: (316) 263-0125
jimh@woodard-law.com
*Attorney for Kimberly Molik, M.D.*